# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 23, 2022

Lyle W. Cayce
Clerk

No. 21-10650

United States of America,

*Plaintiff—Appellee*,

*versus*

Moses Coppin,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-916
USDC No. 3:10-CR-345-1

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:*

Moses Coppin, federal prisoner # 38660-177, was convicted of aiding and abetting obstruction of justice through evidence concealment and possession of a firearm by a convicted felon. He moves for a certificate of appealability (COA) to appeal the transfer of his Federal Rule of Criminal

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-10650

Procedure 36 motion to this court as an unauthorized successive 28 U.S.C. § 2255 motion.

Because Coppin challenges his conviction under 18 U.S.C. § 1512(c)(1) on grounds that he raised in his first § 2255 motion, the district court correctly construed and transferred the motion. *See* 28 U.S.C. § 2244(b)(1); *In re Bourgeois*, 902 F.3d 446, 447 (5th Cir. 2018). The motion for a COA is DENIED as unnecessary, and the transfer order is AFFIRMED. *See United States v. Fulton*, 780 F.3d 683, 688-89 (5th Cir. 2015). Coppin's motion for leave to proceed in forma pauperis is DENIED.